SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@singerbea.com
  Douglas S. Tilley (Bar No. 265997)
  dtilley@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, California  94111
Telephone:     (415) 500-6080
Facsimile:      (415) 500-6080
*Attorneys for Plaintiff Software Research, Inc.*

MASLON LLP
  Terrance C. Newby (admitted *pro hac vice*)
  Thomas R. Pack (Bar No. 287268)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Telephone:     (612) 672-8328
Facsimile:      (612) 642-8328
*Attorneys for Defendant Dotcom-Monitor, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., a California corporation,<br><br>           Plaintiff,<br><br>v.<br><br>DOTCOM-MONITOR, INC., a Minnesota corporation, and DOES 1 through 10,<br><br>           Defendants. | CASE NO. 16-CV-2970-EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE AFFIRMATIVE DEFENSES (CIV. L.R. 6-2)** |

---

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION
TO DISMISS COUNTERCLAIMS AND TO STRIKE AFFIRMATIVE DEFENSES (CIV. L.R. 6-2)
CASE NO. 16-CV-2970-EMC

1   Pursuant to Civ. L.R. 6-2, Plaintiff Software Research, Inc. ("SRI") and Defendant Dotcom-
2 Monitor, Inc. ("Dotcom-Monitor") (collectively, "the Parties") submit this STIPULATION AND
3 [PROPOSED] ORDER for the Court's approval:

4   WHEREAS, on June 2, 2016, SRI filed its Complaint against Dotcom-Monitor (Dkt. No. 1);

5   WHEREAS, on June 6, 2016, the Court set an Initial Case Management Conference for
6 September 1, 2016 (Dkt. No. 7);

7   WHEREAS, on July 5, 2016, pursuant to Civ. L.R. 6-1(a), the Parties stipulated to extend
8 Dotcom-Monitor's deadline to respond to SRI's Complaint to July 19, 2016 (Dkt. No. 11);

9   WHEREAS, on July 19, 2016, Dotcom-Monitor filed an Answer to SRI's Complaint,
10 asserting various affirmative defenses and counterclaims (Dkt. No. 13);

11   WHEREAS, on August 12, 2016, SRI moved to dismiss Dotcom-Monitor's counterclaims
12 and strike certain of Dotcom-Monitor's affirmative defenses, and noticed a hearing on such motion
13 for September 22, 2016 (Dkt. No. 23);

14   WHEREAS, on August 12, 2016, the Clerk reset the Initial Case Management Conference for
15 September 22, 2016 (Dkt. No. 24);

16   WHEREAS, lead trial counsel for SRI, who is required to appear at the Initial Case
17 Management Conference pursuant to Civ. L.R. 16-10(a) and wishes to do so, is unavailable on
18 September 22, 2016;

19   WHEREAS, the Parties have met and conferred regarding a stipulated request to continue the
20 Initial Case Management Conference and motion hearing set for September 22, 2016;

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

**IT IS HEREBY STIPULATED** that (a) the Initial Case Management Conference and hearing on SRI's motion to dismiss and to strike, if any, be continued from September 22, 2016 to October 6, 2016 at 1:30 p.m, and (b) the Parties will submit a Joint Case Management Statement pursuant to Civ. L.R. 16-9(a) on or before September 29, 2016.

The Parties' Stipulation will not affect any other deadline set by the Court or otherwise impact the case schedule.

Date:  September 7, 2016          Respectfully submitted,

SINGER / BEA LLP

By:  /s/ Benjamin L. Singer
    Benjamin L. Singer
    Douglas S. Tilley
    *Attorneys for Plaintiff Software Research, Inc.*

MASLON LLP

By:  /s/ Terrance C. Newby
    Terrance C. Newby
    Thomas R. Pack
    *Attorneys for Defendant Dotcom-Monitor, Inc.*

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3), I, Benjamin Singer, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

Date: September 7, 2016          By:  /s/ Benjamin L. Singer
    Benjamin L. Singer

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: September 8, 2016

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE