Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Software Research, Inc. , | | CASE No C 16-cv-2970-EMC |
| Plaintiff(s) | | |
| v. | | STIPULATION AND [P~~ROPOSE~~D] ORDER SELECTING ADR PROCESS |
| Dotcom-Monitor, Inc. , | | |
| Defendant(s) | | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: As ordered at D.I. 36

Date: 10/12/2016         /s/ Benjamin L. Singer
                         Attorney for Plaintiff

Date: 10/12/2016         /s/ Terrance C. Newby
                         Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 10/17/16

U.S. DISTRICT [Judge Edward M. Chen]

*IT IS SO ORDERED* — Judge Edward M. Chen

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 7-2016*