SINGER / BEA LLP
  Benjamin L. Singer (Bar No. 264295)
  bsinger@singerbea.com
  Douglas S. Tilley (Bar No. 265997)
  dtilley@singerbea.com
  Evan N. Budaj (Bar No. 271213)
  ebudaj@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, California  94111
Telephone:     (415) 500-6080
Facsimile:     (415) 500-6080
*Attorneys for Plaintiff Software Research, Inc.*

MASLON LLP
Terrance C. Newby (pro hac vice)
Thomas R. Pack (Bar No. 287268)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Telephone:     (612) 672-8328
Facsimile:     (612) 642-8328
*Attorneys for Defendant Dotcom-Monitor, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOTCOM-MONITOR, INC., and DOES 1 through 10, <br><br> Defendants. <br><br> DOTCOM-MONITOR, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> SOFTWARE RESEARCH, INC., <br><br> Counterclaim-Defendant. | CASE NO. 3:16-CV-2970-EMC <br><br> **STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1   Plaintiff Software Research, Inc. ("Plaintiff") and Defendant Dotcom-Monitor, Inc.
2   ("Defendant") (collectively, the "Parties") have settled all claims in this action, including an
3   agreement that each side will bear its own costs and fees.  Plaintiff filed its Complaint on June 2,
4   2016, and served the same upon Defendant on June 14, 2016.  *See* D.I. 1, 12.  Defendant appeared on
5   July 19, 2016.  *See* D.I. 13.

6   In light of the their settlement, the Parties hereby stipulate, subject to the approval of the
7   Court, that this lawsuit and all claims therein be dismissed with prejudice pursuant to Federal Rule of
8   Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs and fees.

Respectfully submitted,

Date:  December 27, 2016         SINGER / BEA LLP

By: */s/ Benjamin L. Singer*
    Benjamin L. Singer
    Doug Tilley
    Evan Budaj
    *Attorneys for Software Research, Inc.*

Date:  December 27, 2016         MASLON LLP

IT IS SO ORDERED.  All hearings are vacated.  The Clerk of the Court is directed to close this case.

By: */s/ Terrance C. Newby*
    Terrance C. Newby
    Thomas R. Pack
    *Attorneys for Defendant Dotcom-Monitor, Inc.*

[Seal: IT IS SO ORDERED MODIFIED, Judge Edward M. Chen, United States District Court, Northern District of California]

**ATTESTATION REGARDING SIGNATURES**

I, Benjamin L. Singer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Benjamin L. Singer*
Benjamin L. Singer